IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| FAYE L. SPENCE | ) Case No. 16 B 39007 |
| | ) Hon. TIMOTHY A. BARNES |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on June 14, 2017 at approximately 10:00am, either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Wendy R. Morgan
The Law Firm of Wendy R. Morgan
bk@wendymorgan.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Becket and Lee LP
PO Box 3001
Malvern, PA 19355-0701

Midland Credit Management
PO Box 2011
Warren, MI 48090

Portfolio Recovery Assoc.
PO Box 41067
Norfolk, VA 23541

                   /s/ Allan J. DeMars
                   Trustee in Bankruptcy